IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IT'S GREEK TO ME, INC. dba GTM SPORTSWEAR and HANESBRANDS, INC. as plan administrator of the GTM EMPLOYEE HEALTH CARE PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFERY S. FISHER, and BRETZ & YOUNG, LLC,<br><br>Defendants. | Case No. 5:17-cv-04084 |

## DECLARATION OF RYAN L. WOODY

I, Ryan L. Woody, Esq., declare as follows:

1. I am over 18 years old, and I am a partner in the law firm of Matthiesen, Wickert & Lehrer, S.C.

2. Matthiesen Wickert & Lehrer, LLC represents It's Greek to Me, Inc. dba GTM Sportswear ("GTM") and Hanesbrands, Inc. ("Hanes") in the above-captioned matter. I have personal knowledge regarding our representation of the Plaintiffs in this matter, including the facts set forth herein.

3. After suit was filed and after Defendants were served I emailed Attorney Matthew Bretz, attached hereto as **Exhibit 1**, asking that he confirm that settlement funds will be held in trust pending resolution of the matter. Bretz never responded to my email.

4. After granting the Defendants two extensions of time to respond to the Complaint, on November 16, 2017, Defendant Fisher filed an Answer admitting that Defendant Bretz & Young had already taken a fee out of the settlement fund. (ECF No. 14, ¶ 27.) Defendant Fisher further admitted that "Defendants are or have been in possession of settlement funds." (Id. ¶ 31.)

5.  Despite these admissions neither Fisher nor Bretz have agreed to hold the remaining disputed funds pending resolution of the matter with this Court.

6.  Without action from this Court, Plaintiffs' lien is in danger of being depleted or eliminated through dissipation.

7.  If the funds that rightfully belong to the Plan are dissipated, they are at risk of being uncollectable.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on December 14, 2017.

_____
Ryan L. Woody