IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IT'S GREEK TO ME, INC. d/b/a GTM ) <br> SPORTSWEAR and HANESBRAND, INC. ) <br> as plan administrator of the GTM ) <br> EMPLOYEE HEALTH CARE PLAN, ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br> v.  ) <br>   ) <br> JEFFREY S. FISHER and BRETZ & ) <br> YOUNG, LLC, ) <br>   ) <br>   Defendants. ) <br> _____ ) | CIVIL ACTION <br><br> No. 17-4084-KHV |

## MEMORANDUM AND ORDER

On March 28, 2018, plaintiffs It's Greek To Me, Inc., and Hanesbrand, Inc. filed <u>Plaintiffs' Notice Of Acceptance Of Defendant Bretz & Young, LLC's Offer Of Judgment</u> (Doc. #52) pursuant to Rule 68(a), Fed. R. Civ. P. On April 23, 2018, the Court ordered the parties to show cause why it should not enter final judgment against Bretz & Young, LLC under Rule 54(b), Fed. R. Civ. P. <u>Memorandum And Order And Order To Show Cause</u> (Doc. #54). On April 30, 2018, Bretz & Young, LLC requested entry of judgment, and plaintiffs did not object. <u>Defendant Bretz & Young, LLC's Response To Order To Show Cause</u> (Doc. #55); <u>Plaintiffs' Response To Court's Order To Show Cause</u> (Doc. #56). Defendant Jeffrey S. Fisher did not respond to the order to show cause. Thus, the Court finds no just reason to delay entry of judgment. Fed. R. Civ. P. 54(b).

**IT IS THEREFORE ORDERED** that, pursuant to Rules 68(a) and 54(b), the Clerk is directed to enter final judgment in favor of plaintiffs and against Bretz & Young, LLC in the sum of $53,000.00, inclusive of all costs, fees and interest to which plaintiffs may be entitled or have

accrued and pursuant to all other terms of the offer of judgment.  <u>Offer Of Judgment</u> (Doc. #52-1) filed March 28, 2018.  This judgment resolves all claims against Bretz & Young.  Plaintiffs' claims against Jeffrey S. Fisher remain pending.

**IT IS SO ORDERED.**

Dated this 7th day of May, 2018 at Kansas City, Kansas.

<u>s/ Kathryn H. Vratil</u>
Kathryn H. Vratil
United States District Judge